IN UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:23-cv-2138

Shannan Davis,

        Plaintiff,

   v.

LifeMD Inc.,

        Defendant.

_____/

## CLASS ACTION COMPLAINT

### INTRODUCTION

1.    As the Supreme Court has explained, "Americans passionately disagree about many things. But they are largely united in their disdain for robocalls…. For nearly 30 years, the people's representatives in Congress have been fighting back. As relevant here, the Telephone Consumer Protection Act of 1991, known as the TCPA, generally prohibits robocalls to cell phones and home phones." *Barr v. Am. Ass'n of Political Consultants*, 140 S. Ct. 2335, 2343 (2020).

2.    Defendant LifeMD Inc. ("LifeMD") has contributed to this barrage of telephone spam by initiating over 100 illegal text messages to Plaintiff Shannan Davis ("Davis").

3.    Davis wants this telephone spam to stop. Others do as well. LifeMD has been sued other times for telephone spam, but that has not gotten LifeMD to stop spamming illegally.

4.     Davis brings this action individually, and on behalf of putative class members, to seek injunctive relief and damages.

## JURISDICTION AND VENUE

5.     This Court has original subject matter jurisdiction pursuant to 28 U.S.C. § 1331 because this action arises under the TCPA. 47 U.S.C § 227.

6.     Venue is proper in this district pursuant to 28 U.S.C. § 1391 because a significant portion of the events giving rise to this lawsuit occurred in this district.

7.     This Court has supplemental jurisdiction over the state claims under 28 U.S.C § 1367.

## PARTIES

8.     Plaintiff Shannan Davis is a resident of Lakeland in Polk County, Florida.

9.     Defendant LifeMD Inc. is a Delaware-registered corporation with its principal place of business in New York, NY.

## FACTUAL ALLEGATIONS

10.     Davis's home, phone, and privacy have been invaded by LifeMD's non-emergency text messages.

11.     Davis is the residential subscriber of the cell phone number 863-308-5155.  Davis uses her phone number at home. Davis makes and takes personal calls and text messages with this phone number.

12.     RexMD has spammed Davis with over 100 unwanted text messages as follows:

i.   <u>SMS from +12065586187 on Nov 18, 2022, at 11:54pm UTC</u>
     Attention Ronald Penn, your Rex MD prescription is on hold due to your
     credit card declining. Please call 808-207-4529 immediately to update your
     payment information and lock in your lifetime discount! Call us today at
     808-207-4529 Reply STOP to opt-out

ii.  <u>SMS from +12065586187 on Nov 21, 2022, at 11:30pm UTC</u>
     Attention Ronald Penn, your Rex MD prescription is on hold due to your
     credit card declining. Please call 808-207-4529 immediately to update your
     payment information and lock in your lifetime discount! Call us today at
     808-207-4529 Reply STOP to opt-out

iii. <u>SMS from +12065586187 on Nov 22, 2022, at 11:30pm UTC</u>
     Hi Ronald Penn, this is Stacey from RexMD. You still have an open
     prescription with us. Call today to lock in your lifetime discount and redeem
     your free gift! Call us today at 443-949-3087 Reply STOP to opt out

iv.  <u>SMS from +12065586187 on Nov 23, 2022, at 3:33am UTC</u>
     Rex MD: You have been unsubscribed and will no longer receive messages.
     +18888822079

v.   <u>SMS from +12143025409 on Dec 1, 2022, at 5:35pm UTC</u>
     Hi Ronald, Your prescription is on hold due to your payment method
     declining. Update your information by clicking the link below and save an
     additional 30% OFF your next refill: Log in with your secure link here:
     https://members.rexmd.com/#/auth/easy-
     login/cf3744d36fecc736fbd249d754945ffe

vi.  <u>SMS from +12143025409 on Dec 1, 2022, at 6:03pm UTC</u>
     You have successfully been unsubscribed. You will not receive any more
     messages from this number. Reply START to resubscribe.

vii. <u>SMS from 95309 on Apr 5, 2023, at 6:08pm UTC</u>
     Hi Ronald Penn, your RexMD order is on hold due to a failed payment. Call
     808-207-4529 for up to 70% off and receive a free gift! Reply STOP to opt
     out

viii. <u>SMS from 95309 on Apr 11, 2023, at 9:32pm UTC</u>
     Hi Ronald Penn, your RexMD order is on hold due to a failed payment. Call
     808-207-4529 for up to 70% off and receive a free gift! Reply STOP to opt
     out

ix. <u>SMS from 95309 on Apr 12, 2023, at 9:32pm UTC</u>
Hi Ronald Penn, your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 70% off and receive a free gift! Reply STOP to opt out

x. <u>SMS from 95309 on Apr 13, 2023, at 9:33pm UTC</u>
Hi Ronald Penn, your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 70% off and receive a free gift! Reply STOP to opt out

xi. <u>SMS from 95309 on Apr 18, 2023, at 5:21pm UTC</u>
Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 70% off and receive a free gift! Reply STOP to opt out

xii. <u>SMS from 95309 on Apr 19, 2023, at 9:21pm UTC</u>
Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 70% off and receive a free gift! Reply STOP to opt out

xiii. <u>SMS from 95309 on Apr 20, 2023, at 9:38pm UTC</u>
Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 70% off and receive a free gift! Reply STOP to opt out

xiv. <u>SMS from 95309 on Apr 21, 2023, at 9:17pm UTC</u>
Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 70% off and receive a free gift! Reply STOP to opt out

xv. <u>SMS from 95309 on Apr 24, 2023, at 9:38pm UTC</u>
Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 70% off and receive a free gift! Reply STOP to opt out

xvi. <u>SMS from 95309 on Apr 25, 2023, at 7:33pm UTC</u>
Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 70% off and receive a free gift! Reply STOP to opt out

xvii. <u>SMS from 95309 on Apr 26, 2023, at 7:12pm UTC</u>
Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 70% off and receive a free gift! Reply STOP to opt out

xviii. <u>SMS from 95309 on Apr 27, 2023, at 7:16pm UTC</u>
Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 70% off and receive a free gift! Reply STOP to opt out

xix.   SMS from 95309 on Apr 28, 2023, at 7:22pm UTC
       Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 70% off and receive a free gift! Reply STOP to opt out

xx.    SMS from 95309 on May 1, 2023, at 7:49pm UTC
       Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 70% off and receive a free gift! Reply STOP to opt out

xxi.   SMS from 95309 on May 2, 2023, at 7:23pm UTC
       Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 70% off and receive a free gift! Reply STOP to opt out

xxii.  SMS from 95309 on May 3, 2023, at 8:59pm UTC
       Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 70% off and receive a free gift! Reply STOP to opt out

xxiii. SMS from 95309 on May 4, 2023, at 9:08pm UTC
       Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 70% off and receive a free gift! Reply STOP to opt out

xxiv.  SMS from 95309 on May 5, 2023, at 7:22pm UTC
       Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 70% off and receive a free gift! Reply STOP to opt out

xxv.   SMS from 95309 on May 8, 2023, at 7:23pm UTC
       Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 70% off and receive a free gift! Reply STOP to opt out

xxvi.  SMS from 95309 on May 9, 2023, at 9:29pm UTC
       Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 70% off and receive a free gift! Reply STOP to opt out

xxvii. SMS from 95309 on May 10, 2023, at 9:30pm UTC
       Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 70% off and receive a free gift! Reply STOP to opt out

xxviii. SMS from 95309 on May 11, 2023, at 9:12pm UTC
       Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 70% off and receive a free gift! Reply STOP to opt out

xxix.    <u>SMS from 95309 on May 12, 2023, at 7:45pm UTC</u>
Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 70% off and receive a free gift! Reply STOP to opt out

xxx.    <u>SMS from 95309 on May 15, 2023, at 9:18pm UTC</u>
Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 70% off and receive a free gift! Reply STOP to opt out

xxxi.    <u>SMS from 95309 on May 16, 2023, at 7:47pm UTC</u>
Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 70% off and receive a free gift! Reply STOP to opt out

xxxii.    <u>SMS from 95309 on May 17, 2023, at 7:56pm UTC</u>
Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 70% off and receive a free gift! Reply STOP to opt out

xxxiii.    <u>SMS from 95309 on May 18, 2023, at 7:33pm UTC</u>
Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 70% off and receive a free gift! Reply STOP to opt out

xxxiv.    <u>SMS from 95309 on May 19, 2023, at 7:34pm UTC</u>
Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 70% off and receive a free gift! Reply STOP to opt out

xxxv.    <u>SMS from 95309 on May 22, 2023, at 7:48pm UTC</u>
Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 70% off and receive a free gift! Reply STOP to opt out

xxxvi.    <u>SMS from 95309 on May 23, 2023, at 9:44pm UTC</u>
Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 70% off and receive a free gift! Reply STOP to opt out

xxxvii.    <u>SMS from 95309 on May 24, 2023, at 7:55pm UTC</u>
Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 70% off and receive a free gift! Reply STOP to opt out

xxxviii.    <u>SMS from 95309 on May 25, 2023, at 7:57pm UTC</u>
Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 70% off and receive a free gift! Reply STOP to opt out

xxxix.    <u>SMS from 95309 on May 26, 2023, at 9:14pm UTC</u>
Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 70% off and receive a free gift! Reply STOP to opt out

xl.    <u>SMS from 95309 on May 30, 2023, at 9:28pm UTC</u>
Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 70% off and receive a free gift! Reply STOP to opt out

xli.    <u>SMS from 95309 on May 31, 2023, at 8:34pm UTC</u>
Hi , your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 70% off and receive a free gift! Reply STOP to opt out

xlii.    <u>SMS from 95309 on Jun 1, 2023, at 8:03pm UTC</u>
Hi , your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 70% off and receive a free gift! Reply STOP to opt out

xliii.    <u>SMS from 95309 on Jun 2, 2023, at 9:46pm UTC</u>
Hi Ronald, this is Dr. Puopolo from RexMD. You are due for your free annual medical review. Call today to update your medical file and receive up to 70% off your subscription (for life!) and a free gift! Call us today at 443-949-3087 Reply STOP to opt-out

xliv.    <u>SMS from +13612822656 on Jun 4, 2023, at 1:19pm UTC</u>
Hi Ronald Penn, this is Rex MD. Please confirm your medical info. In the last 12 months, You do/did NOT: 1) have health changes, or health updates, including Your blood pressure 2) take, or are prescribed, nitrates/nitroglycerin 3) drink alcohol excessively or use recreational drugs 4) have a personal/family history of aneurysms 5) take new prescription medications 6) experience chest pain, shortness of breath, dizziness, or passing out IF ALL are TRUE, please REPLY "YES" If not, please REPLY "NO"

xlv.    <u>SMS from 95309 on Jun 5, 2023, at 7:53pm UTC</u>
Hi , your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 70% off and receive a free gift! Reply STOP to opt out

xlvi.    <u>SMS from 95309 on Jun 6, 2023, at 8:23pm UTC</u>
Hi , your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 70% off and receive a free gift! Reply STOP to opt out

xlvii.    <u>SMS from 95309 on Jun 7, 2023, at 4:52pm UTC</u>
Hi , this is Dr. Puopolo from RexMD. You are due for your free annual

medical review. Call today to update your medical file and receive up to 70% off your subscription (for life!) and a free gift! Call us today at 443-949-3087 Reply STOP to opt-out

xlviii.    <u>SMS from 95309 on Jun 7, 2023, at 8:06pm UTC</u>
Hi , your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 70% off and receive a free gift! Reply STOP to opt out

xlix.    <u>SMS from 95309 on Jun 8, 2023, at 8:31pm UTC</u>
Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 70% off and receive a free gift! Reply STOP to opt out

l.    <u>SMS from 95309 on Jun 9, 2023, at 8:18pm UTC</u>
Hi , your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 70% off and receive a free gift! Reply STOP to opt out

li.    <u>SMS from 95309 on Jun 12, 2023, at 8:23pm UTC</u>
Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 70% off and receive a free gift! Reply STOP to opt out

lii.    <u>SMS from 95309 on Jun 13, 2023, at 8:16pm UTC</u>
Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 70% off and receive a free gift! Reply STOP to opt out

liii.    <u>SMS from 95309 on Jun 14, 2023, at 6:29pm UTC</u>
Hi Ronald, this is Dr. Puopolo from RexMD. You are due for your free annual medical review. Call today to update your medical file and receive up to 70% off your subscription (for life!) and a free gift! Call us today at 443-949-3087 Reply STOP to opt-out

liv.    <u>SMS from 95309 on Jun 14, 2023, at 8:14pm UTC</u>
Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 70% off and receive a free gift! Reply STOP to opt out

lv.    <u>SMS from 95309 on Jun 15, 2023, at 8:11pm UTC</u>
Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 70% off and receive a free gift! Reply STOP to opt out

lvi.    <u>SMS from 95309 on Jun 16, 2023, at 8:53pm UTC</u>
Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 70% off and receive a free gift! Reply STOP to opt out

lvii.    <u>SMS from +13612822656 on Jun 19, 2023, at 7:52pm UTC</u>
Hi Ronald Penn, this is Rex MD. Please confirm your medical info. In the last 12 months, you DID NOT: 1) have health changes, or health updates, including Your blood pressure 2) take, or are prescribed, nitrates/nitroglycerin 3) drink alcohol excessively or use recreational drugs 4) have a personal/family history of aneurysms 5) take new prescription medications 6) experience chest pain, shortness of breath, dizziness, or passing out Respond CORRECT/Yes, or INCORRECT/No"

lviii.    <u>SMS from 95309 on Jun 20, 2023, at 1:17pm UTC</u>
Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 70% off and receive a free gift! Reply STOP to opt out

lix.    <u>SMS from 95309 on Jun 21, 2023, at 8:18pm UTC</u>
Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 70% off and receive a free gift! Reply STOP to opt out

lx.    <u>SMS from 95309 on Jun 22, 2023, at 4:59pm UTC</u>
Hi Ronald, this is Dr. Puopolo from RexMD. You are due for your free annual medical review. Call today to update your medical file and receive up to 70% off your subscription (for life!) and a free gift! Call us today at 443-949-3087 Reply STOP to opt-out

lxi.    <u>SMS from 95309 on Jun 22, 2023, at 8:55pm UTC</u>
Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 70% off and receive a free gift! Reply STOP to opt out

lxii.    <u>SMS from 95309 on Jun 23, 2023, at 7:13pm UTC</u>
Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 70% off and receive a free gift! Reply STOP to opt out

lxiii.    <u>SMS from 95309 on Jun 26, 2023, at 9:37pm UTC</u>
Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 70% off and receive a free gift! Reply STOP to opt out

lxiv.    <u>SMS from 95309 on Jun 27, 2023, at 10:11pm UTC</u>
Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 70% off and receive a free gift! Reply STOP to opt out

lxv.    <u>SMS from 95309 on Jun 28, 2023, at 8:27pm UTC</u>
Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 70% off and receive a free gift! Reply STOP to opt out

lxvi.    SMS from 95309 on Jun 29, 2023, at 8:40pm UTC
Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 70% off and receive a free gift! Reply STOP to opt out

lxvii.    SMS from 95309 on Jun 30, 2023, at 6:30pm UTC
Hi Ronald, this is Dr. Puopolo from RexMD. You are due for your free annual medical review. Call today to take advantage of our 4th of July sale to save up to 70% off your subscription -- for life! Call us today at 443-949-3087 Reply STOP to opt-out

lxviii.    SMS from 95309 on Jun 30, 2023, at 8:56pm UTC
Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-207-4529 to take advantage of our 4th of July sale! Up to 50% off your subscription for life! Reply STOP to opt out

lxix.    SMS from 95309 on Jul 3, 2023, at 3:27pm UTC
Hi Ronald, this is Stacey from RexMD. You have an open prescription with us. Call today to receive up to a 95% discount on your prescription, including a free gift! Call us today at 443-949-3087 Reply STOP to opt-out

lxx.    SMS from 95309 on Jul 3, 2023, at 9:02pm UTC
Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 95% off and receive a free gift! Reply STOP to opt out

lxxi.    SMS from +13612822656 on Jul 4, 2023, at 4:26pm UTC
Hi Ronald Penn, this is Rex MD. Please confirm your medical info. In the last 12 months, you DID NOT: 1) have health changes, or health updates, including Your blood pressure 2) take, or are prescribed, nitrates/nitroglycerin 3) drink alcohol excessively or use recreational drugs 4) have a personal/family history of aneurysms 5) take new prescription medications 6) experience chest pain, shortness of breath, dizziness, or passing out Respond CORRECT/Yes, or INCORRECT/No"

lxxii.    SMS from 95309 on Jul 5, 2023, at 8:29pm UTC
Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 95% off and receive a free gift! Reply STOP to opt out

lxxiii.    SMS from 95309 on Jul 7, 2023, at 8:58pm UTC
Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 95% off and receive a free gift! Reply STOP to opt out

lxxiv.   <u>SMS from 95309 on Jul 10, 2023, at 7:07pm UTC</u>
Hi Ronald, this is Stacey from RexMD. You have an open prescription with us. Call today to receive up to a 95% discount on your prescription, including a free gift! Call us today at 443-949-3087 Reply STOP to opt-out

lxxv.   <u>SMS from 95309 on Jul 10, 2023, at 9:27pm UTC</u>
Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 95% off and receive a free gift! Reply STOP to opt out

lxxvi.   <u>SMS from 95309 on Jul 11, 2023, at 4:10pm UTC</u>
Hi Ronald, this is Stacey from RexMD. You have an open prescription with us. Call today to receive up to a 95% discount on your prescription, including a free gift! Call us today at 443-949-3087 Reply STOP to opt-out

lxxvii.   <u>SMS from 95309 on Jul 11, 2023, at 9:43pm UTC</u>
Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 95% off and receive a free gift! Reply STOP to opt out

lxxviii.   <u>SMS from 95309 on Jul 12, 2023, at 5:44pm UTC</u>
Hi Ronald, this is Stacey from RexMD. You have an open prescription with us. Call today to receive up to a 95% discount on your prescription, including a free gift! Call us today at 443-949-3087 Reply STOP to opt-out

lxxix.   <u>SMS from 95309 on Jul 12, 2023, at 8:27pm UTC</u>
Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 95% off and receive a free gift! Reply STOP to opt out

lxxx.   <u>SMS from 95309 on Jul 13, 2023, at 3:59pm UTC</u>
Hi Ronald, this is Stacey from RexMD. You have an open prescription with us. Call today to receive up to a 95% discount on your prescription, including a free gift! Call us today at 443-949-3087 Reply STOP to opt-out

lxxxi.   <u>SMS from 95309 on Jul 13, 2023, at 9:47pm UTC</u>
Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 95% off and receive a free gift! Reply STOP to opt out

lxxxii.   <u>SMS from 95309 on Jul 14, 2023, at 8:15pm UTC</u>
Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 95% off and receive a free gift! Reply STOP to opt out

lxxxiii.   <u>SMS from 95309 on Jul 17, 2023, at 4:16pm UTC</u>
Hi Ronald, this is Stacey from RexMD. You have an open prescription with

us. Call today to receive up to a 95% discount on your prescription, including a free gift! Call us today at 443-949-3087 Reply STOP to opt-out

lxxxiv. <u>SMS from 95309 on Jul 17, 2023, at 9:37pm UTC</u>
Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 95% off and receive a free gift! Reply STOP to opt out

lxxxv. <u>SMS from 95309 on Jul 18, 2023, at 7:12pm UTC</u>
Hi Ronald, this is Stacey from RexMD. You have an open prescription with us. Call today to receive up to a 95% discount on your prescription, including a free gift! Call us today at 443-949-3087 Reply STOP to opt-out

lxxxvi. <u>SMS from 95309 on Jul 18, 2023, at 9:31pm UTC</u>
Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 95% off and receive a free gift! Reply STOP to opt out

lxxxvii. <u>SMS from 95309 on Jul 19, 2023, at 10:00pm UTC</u>
Hi , your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 95% off and receive a free gift! Reply STOP to opt out

lxxxviii. <u>SMS from 95309 on Jul 20, 2023, at 8:27pm UTC</u>
Hi Ronald this is Stacey from RexMD. You still have an open prescription with us and are eligible for a discount on your next order. Give us a call today to take advantage and receive a complimentary gift! Call us today at 405-758-5041 Reply STOP to opt-out

lxxxix. <u>SMS from 95309 on Jul 20, 2023, at 8:31pm UTC</u>
Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 95% off and receive a free gift! Reply STOP to opt out

xc. <u>SMS from 95309 on Jul 21, 2023, at 8:48pm UTC</u>
Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 95% off and receive a free gift! Reply STOP to opt out

xci. <u>SMS from +13612822656 on Jul 24, 2023, at 4:06pm UTC</u>
Hi Ronald Penn, this is Rex MD. Please confirm your medical info. In the last 12 months, you DID NOT: 1) have health changes, or health updates, including Your blood pressure 2) take, or are prescribed, nitrates/nitroglycerin 3) drink alcohol excessively or use recreational drugs 4) have a personal/family history of aneurysms 5) take new prescription medications 6) experience chest pain, shortness of breath, dizziness, or passing out Respond CORRECT/Yes, or INCORRECT/No"

xcii.  <u>SMS from 95309 on Jul 24, 2023, at 8:38pm UTC</u>
       Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-
       207-4529 for up to 95% off and receive a free gift! Reply STOP to opt out

xciii. <u>SMS from 95309 on Jul 25, 2023, at 9:37pm UTC</u>
       Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-
       207-4529 for up to 95% off and receive a free gift! Reply STOP to opt out

xciv.  <u>SMS from 95309 on Jul 25, 2023, at 10:43pm UTC</u>
       Hi Ronald, this is Stacey from RexMD. You have an open prescription with
       us. Call today to receive up to a 95% discount on your prescription,
       including a free gift! Call us today at 443-949-3087 Reply STOP to opt-out

xcv.   <u>SMS from 95309 on Jul 26, 2023, at 7:24pm UTC</u>
       Hi Ronald, this is Stacey from RexMD. You have an open prescription with
       us. Call today to receive up to a 95% discount on your prescription,
       including a free gift! Call us today at 443-949-3087 Reply STOP to opt-out

xcvi.  <u>SMS from 95309 on Jul 26, 2023, at 9:37pm UTC</u>
       Hi , your RexMD order is on hold due to a failed payment. Call 808-207-
       4529 for up to 95% off and receive a free gift! Reply STOP to opt out

xcvii. <u>SMS from 95309 on Jul 27, 2023, at 3:51pm UTC</u>
       Hi Ronald, this is Stacey from RexMD. You have an open prescription with
       us. Call today to receive up to a 95% discount on your prescription,
       including a free gift! Call us today at 443-949-3087 Reply STOP to opt-out

xcviii. <u>SMS from 95309 on Jul 27, 2023, at 9:47pm UTC</u>
       Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-
       207-4529 for up to 95% off and receive a free gift! Reply STOP to opt out

xcix.  <u>SMS from 95309 on Jul 28, 2023, at 3:05pm UTC</u>
       Hi Ronald, this is Stacey from RexMD. You have an open prescription with
       us. Call today to receive up to a 95% discount on your prescription,
       including a free gift! Call us today at 443-949-3087 Reply STOP to opt-out

c.     <u>SMS from 95309 on Jul 28, 2023, at 9:08pm UTC</u>
       Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-
       207-4529 for up to 95% off and receive a free gift! Reply STOP to opt out

ci.    <u>SMS from 95309 on Jul 31, 2023, at 5:32pm UTC</u>
       Hi Michael, this is Stacey from RexMD. You have an open prescription with

us. Call today to receive up to a 95% discount on your prescription, including a free gift! Call us today at 443-949-3087 Reply STOP to opt-out

cii. <u>SMS from 95309 on Jul 31, 2023, at 9:52pm UTC</u>
Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 95% off and receive a free gift! Reply STOP to opt out

ciii. <u>SMS from 95309 on Aug 1, 2023, at 9:36pm UTC</u>
Hi Ronald, your RexMD order is on hold due to a failed payment. Call 808-207-4529 for up to 95% off and receive a free gift! Reply STOP to opt out

13.     These text messages directed Davis to RexMD.com. According to the terms and conditions on RexMD.com, the website is owned and operated by LifeMD.

14.     The text messages solicited products, offered deals and discounts, and even offered gifts for patronage. Additionally, the website RexMD.com offers products for sale.

15.     Davis replied "stop" on November 23, 2022, to 206-558-6187 and December 1, 2022, to 214-302-5409. Both times, Davis immediately received a confirmation SMS saying she had been unsubscribed and will no longer receive messages. But LifeMD ignored the stop requests and continued to spam Davis with more text messages.

16.     Davis even registered her number 863-308-5155 on the National Do Not Call Registry ("DNCR") on June 22, 2023, to stop the telephone spam. But LifeMD also ignored the DNCR.

17.     Davis never provided her number to LifeMD, never had a relationship with LifeMD, never has done business with LifeMD, and never gave permission for LifeMD to send any type of communication.

18.    LifeMD's text messages are a nuisance and annoyance to Davis. The text messages have invaded Davis's privacy. The spam has diminished the value of Davis's phone and Davis's enjoyment of life.

## LEGAL STANDARD

19.    **Florida Do Not Call Requests**. "A telephone solicitor or other person may not initiate an outbound telephone call, text message, or voicemail transmission to a consumer, business, or donor or potential donor who has previously communicated to the telephone solicitor or other person that he or she does not wish to receive an outbound telephone call, text message, or voicemail transmission." Fla. Stat. § 501.059(5).

20.    **Do Not Call Requests**. Before initiating text messages, telemarketers must honor do-not-call requests. 47 C.F.R. § 64.1200(d).

NATIONAL DO NOT CALL REGISTRY. RESIDENTIAL TELEPHONE SUBSCRIBERS WHO DO NOT WANT TO RECEIVE TELEPHONE SOLICITATIONS MAY PLACE THEIR PHONE NUMBER ON THE NATIONAL DNCR. 47 C.F.R. § 64.1200(C)(2). THE TCPA PROSCRIBES CALLERS FROM MAKING "ANY TELEPHONE SOLICITATION TO… [A] RESIDENTIAL TELEPHONE SUBSCRIBER WHO HAS REGISTERED HIS OR HER TELEPHONE NUMBER ON THE NATIONAL DO-NOT-CALL REGISTRY." 47 C.F.R. § 64.1200(C)(2). WIRELESS TELEPHONE SUBSCRIBERS ARE ALLOWED TO PLACE THEIR NUMBER ON THE DNCR. 47 C.F.R. § 64.1200(E).

## CLASS ACTION ALLEGATIONS

21.   Pursuant to Civ. R. 23(b)(2) and 23(b)(3) of the Federal Rules of Civil Procedure, Davis brings this action on behalf of all other persons similarly situated throughout the United States.

22.   Davis proposes the following Classes:

**The Florida Do Not Call Class**
All persons (1) who are not customers of LifeMD (2) who are residents of Florida (3) to whom LifeMD initiated one or more call or text message (4) after receiving a do-not-call request (5) since July 1, 2021 through the date of the filing of this action.

**The Do Not Call Class**
All persons in the United States (1) who are not customers of LifeMD (2) to whom LifeMD initiated more than one telemarketing call or text message within any twelve-month period, (3) to their cellular telephone number, (4) after receiving a do-not-call request, (5) within the last four years from the filing of this action.

**The DNCR Class**
All people in the United States (1) who are not customers of LifeMD (2) to whom LifeMD initiated more than one telephone solicitation within any twelve-month period, (3) to their cellular telephone number, (4) while their phone number was listed on the National Do Not Call Registry, (5) within the last four years from the filing of this action.

23.    Davis does not know the exact number of class members but reasonably believes the number to be in the thousands, thus making joinder of all class members impracticable.

24.    Class members are identifiable through phone records and phone number databases.

25.    There are questions of law and fact common to Davis and the class members including but not limited to:

    i.    Whether LifeMD initiated the text messages;

    ii.    Whether LifeMD's text messages violated the law; and

    iii.    Whether Davis and class members are entitled to statutory damages, trebled damages, and injunctive relief.

26.    Davis's claims are typical of the claims of the class members. Davis's claims, like the class members' claims, arise out of the same common course of conduct by LifeMD and are based on the same legal and remedial theories.

27.    Davis is an adequate representative of the class because Davis's interests do not conflict with the interests of the class members, Davis will fairly and adequately protect the interests of the class members, and Davis is represented by counsel skilled and experienced in class actions, including TCPA class actions.

28.     Common questions of law and fact predominate over questions affecting only individual class members.

29.     Management of these claims is likely to present significantly fewer difficulties than are presented in many class claims because the damages are statutory. Notice to class members can be provided by mail or other means. Class treatment is superior to multiple individual suits or piecemeal litigation because it conserves judicial resources, promotes consistency and efficiency of adjudication, provides a forum for small claimants, and deters illegal activities. There will be no significant difficulty in the management of this case as a class action.

30.     The likelihood that individual class members will prosecute separate actions is remote due to the time and expense necessary to prosecute an individual case.

### FIRST CAUSE OF ACTION
### Florida Failure to Honor Opt-Out Requests
### (On Behalf of Davis and the Florida Do Not Call Class)

31.     LifeMD violated Fla. Stat. § 501.059(5) by initiating text messages to Davis and members of the Florida Do Not Call Class after they asked for the text messages to stop.

32.     Davis and members of the Florida Do Not Call Class have been damaged and are entitled to an award of $500 in statutory damages for each violation. Fla. Stat. § 501.059(10).

33.     The Court should award $1,500 in statutory damages for each violation because the violations were knowing and willful. *Id.*

34.     The Court should award reasonable attorney fees and costs. *Id.* at .059(11).

35.     The Court should enjoin such violations. *Id*. at .059(10).

**SECOND CAUSE OF ACTION**
**Failure to Honor Opt-Out Requests**
**(On Behalf of Davis and the Do Not Call Class)**

36.     LifeMD violated 47 C.F.R. § 64.1200(d)(3) by initiating text messages to Davis and members of the Do Not Call Class after they asked for the text messages to stop.

37.     Davis and members of the Do Not Call Class have been damaged and are entitled to an award of $500 in statutory damages for each violation. 47 U.S.C. § 227(c)(5).

38.     The Court should award $1,500 in statutory damages for each violation because the violations were knowing and willful. *Id.*

39.     The Court should enjoin such violations. *Id.*

**THIRD CAUSE OF ACTION**
**Illegal Solicitation of Persons on the DNCR**
**(On Behalf of Davis and the Do Not Call Class)**

40.     LifeMD violated 47 C.F.R. § 64.1200(c)(2) by initiating text messages to Davis and members of the DNCR Class while their phone numbers were on the DNCR.

41.     Davis and members of the DNCR Class have been damaged and are entitled to an award of $500 in statutory damages for each violation. 47 U.S.C. § 227(c)(5).

42.    The Court should award $1,500 in statutory damages for each violation because the violations were knowing and willful. *Id.*

43.    The Court should enjoin such violations. *Id*.

## RELIEF REQUESTED

Davis respectfully requests the Court grant the following relief:

    A.    Certification of the proposed Classes;

    B.    Appointment of Davis as class representative;

    C.    Appointment of the undersigned as lead counsel for the Classes;

    D.    Injunctive relief as set forth above;

    E.    An award of damages to Davis and class members, as allowed by law;

    F.    An award of fees, costs, and interest, as allowed by law; and

    G.    Orders granting such other relief as the Court deems necessary, just, and proper.

## JURY DEMAND

Davis requests a jury trial as to all claims of the Complaint so triable.

DATED September 21, 2023

Respectfully submitted,

*/s/ John Kauffman*
John Kauffman
Florida Bar No. 538205
LawHQ, PC
299 S. Main St. #1300
Salt Lake City, UT 84111
385-285-1090
john.kauffman@lawhq.com

*Attorney for Plaintiff*
*and Lead Counsel*